IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Taylor, Gail E | Case Number: 04 B 30302 |
| | Judge: Wedoff, Eugene R |
| Printed: 1/29/08 | Filed: 8/16/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: December 13, 2007
Confirmed: October 7, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 13,111.00 | |
| Secured: | | 9,905.64 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,529.00 |
| Trustee Fee: | | 676.36 |
| Other Funds: | | 0.00 |
| Totals: | 13,111.00 | 13,111.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Buffington & Associates | Administrative | 2,529.00 | 2,529.00 |
| 2. | Wells Fargo Fin Acceptance | Secured | 10,702.03 | 9,905.64 |
| 3. | Check N Go | Unsecured | 65.74 | 0.00 |
| 4. | Peoples Energy Corp | Unsecured | 57.17 | 0.00 |
| 5. | Wells Fargo Fin Acceptance | Unsecured | 1,061.29 | 0.00 |
| 6. | SBC | Unsecured | 143.15 | 0.00 |
| 7. | Ten Minute Loan | Unsecured | | No Claim Filed |
| 8. | Advocate Health Care | Unsecured | | No Claim Filed |
| 9. | Advocate Health Care | Unsecured | | No Claim Filed |
| 10. | Check N Go | Unsecured | | No Claim Filed |
| 11. | Access Cash | Unsecured | | No Claim Filed |
| 12. | Instant Cash Advance | Unsecured | | No Claim Filed |
| 13. | Collection Agency | Unsecured | | No Claim Filed |
| 14. | Encore | Unsecured | | No Claim Filed |
| 15. | Credit Collection | Unsecured | | No Claim Filed |
| 16. | Check N Go | Unsecured | | No Claim Filed |
| 17. | Illinois Designated Account Purchase | Unsecured | | No Claim Filed |
| 18. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 19. | West Suburban Hospital | Unsecured | | No Claim Filed |
| 20. | Oxford Management Services | Unsecured | | No Claim Filed |
| 21. | Sun Cash Of WI | Unsecured | | No Claim Filed |
| 22. | West Suburban Professional Receivables | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 14,558.38 | $ 12,434.64 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Taylor, Gail E

Printed: 1/29/08

Case Number:  04 B 30302
Judge:  Wedoff, Eugene R
Filed:  8/16/04

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 159.24 |
| 4% | 39.20 |
| 3% | 36.78 |
| 5.5% | 240.08 |
| 5% | 81.50 |
| 4.8% | 106.33 |
| 5.4% | 13.23 |
|  | _____ |
|  | $ 676.36 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

